JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 15-1425 JGB (DTBx)** | Date | October 29, 2015 |
|---|---|---|---|
| Title | *Alberto Cuevas et al. v. Adesa California et al.* | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:** Order (1) REMANDING the Case to Riverside Superior Court; and (2) VACATING the November 9, 2015 Hearing (IN CHAMBERS)

    Before the Court is Plaintiff Alberto Cuevas' ("Plaintiff") Motion to Remand the case to Riverside County Superior Court. (Doc. No. 21.) The Court finds this matter appropriate for resolution without a hearing. Fed. R. Civ. Proc. 78; L-R 7-15.

    Plaintiff filed his motion to remand on August 17, 2015 on the grounds that Defendant Adesa California, LLC ("Adesa") has failed to establish that the amount in controversy is greater than $75,000. (Doc. No. 21.) On October 12, 2015, Plaintiff filed a notice that he was withdrawing his request for attorneys' fees and costs in his motion for remand. (Doc. No. 24.) On October 16, 2015, Adesa filed a notice of non-opposition to Plaintiff's motion to remand. (Doc. No. 27.) Local Rule 7-16 provides that any opposing party who no longer intends to oppose the motion shall file and serve a notice of non-opposition no later than seven days before the hearing. The hearing is currently set for November 9, 2015. Therefore, Adesa has satisfied Local Rule 7-16.

    In light of Defendant's non-opposition to Plaintiff's motion to remand, the Court GRANTS the motion and REMANDS the case to Riverside County Superior Court. The November 9, 2015 hearing is VACATED.

    **IT IS SO ORDERED.**